UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANNETTE PEYOVICH,

           Plaintiff,

-vs-                                              Case No. 6:08-cv-404-Orl-28DAB

WORLD MORTGAGE COMPANY,
WORLD SAVINGS BANK, F.S.B.,
WORLD SAVINGS, F.S.B., GOLDEN
WEST FINANCIAL CORP., WACHOVIA
MORTGAGE CORPORATION,
WACHOVIA MORTGAGE F.S.B.,
WACHOVIA BANK, N.A., WACHOVIA
CORPORATION, JAMES O'TOOLE,
KIMBERLY ABEL, and RUTH NOLAN,

           Defendants.
_____
DIANE ZIPP, WILLIAM J. WALKER, JR.,
and MICHELLE MARKOTA ,

           Plaintiffs,

-vs-                                              Case No. 6:08-cv-1638-Orl-28KRS

WORLD MORTGAGE COMPANY,
WORLD SAVINGS BANK, F.S.B.,
GOLDEN WEST FINANCIAL CORP.,
WACHOVIA MORTGAGE
CORPORATION, and WACHOVIA
CORPORATION,

           Defendants.
_____/

ORDER

This case is before the Court on the Joint Motion to Approve Settlement and Add Opt-In Party Plaintiffs and to Dismiss Action with Prejudice (Doc. No. 114 in Case No. 6:08-cv-404; and Doc. No. 97 in Case No. 6:08-cv-1368) filed July 25, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of No Objection to the Report and Recommendation (Doc. No. 118 in Case No. 6:08-cv-404; and Doc. No. 101 in Case No. 6:08-cv-1638), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 24, 2011 (Doc. No. 115 in Case No. 6:08-cv-404; and Doc. No. 98 in Case No. 6:08-cv-1638) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement and Add Opt-In Party Plaintiffs (Doc. No. 114 in Case No. 6:08-cv-404; and Doc. No. 97 in Case No. 6:08-cv-1368) is **GRANTED**.

3. The following individuals are added as Plaintiffs to these cases for purposes of settlement only:

| | | | |
|---|---|---|---|
| Lonnie Abdallah | John Beck | James Beverly | Maxine Block |
| Chris Brashears | Julia Brodrick | Anita Bryant | Maya Colorado |
| Rick Decarlos | Sarah Erickson | John Evans | Todd Ewert |
| Carol Fennessy | Jennifer Fisher | Jason Gary | Mary Goodman |
| Janet Kershaw | Karen Lampert | Diana Lopez | Jose Lugo |

    Frank Luzzaro   Michelle Markota   Annette Medina   Leonard Meglio

    Sherie Mileski   Debra Morgan   Lori Trinh-Nheiu   Phyllis Pharis

    Susan Rice   Sheryl Riddle O'Neil   Parisa Sammi   Rae Saunders

    Dave Shinault   Linda Sittler   Mathaylyn Marlo Stone   Jason Summers

    William J. Walker, Jr.   Carrie Wilkerson   Rebecca Wilson   Ector Saldias

4. The Court approves the Settlement to the extent that it finds it to be a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

5. The Court declines to retain jurisdiction to enforce the Settlement Agreement.

6. Case No. 6:08-cv-404 is dismissed with prejudice.

7. Case No. 6:08-cv-1638 is dismissed with prejudice.

8. The Clerk of the Court is directed to close both Case No. 6:08-cv-404 and case No. 6:08-cv-1638.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 8th day of September, 2011.

                              JOHN ANTOON II
                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party